PRSLC Belisario

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS, | : | CIVIL ACTION NO. 1:CV-00-0490 |
| Plaintiff | : | |
| v. | : | |
| CORRECTIONAL OFFICER FOX, ET AL. | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA

MAY 18 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

O R D E R

The above civil rights complaint pursuant to 42 U.S.C. § 1983 was filed on March 15, 2000 by Brady L. Davis, an inmate presently confined at the State Correctional Institution, Coal Township, Pennsylvania. Along with his complaint, Plaintiff has submitted the full statutory filing fee of $150.00. Consequently, the United States Marshal is hereby directed to serve the complaint on Defendants named therein.

SYLVIA H. RAMBO,
United States District Judge

Dated: May 18, 2000

SR:dlb