## WAIVER OF SERVICE OF SUMMONS

TO: __Brady L. Davis__
(Name of plaintiff's attorney or pro se plaintiff)

    I acknowledge receipt of your request that I waive service of a summons in the action of __Davis__ VS __Fox, et al.__, which is case number __1:CV-00-0490__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment amy be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __06/01/00__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__6/8/00__
DATE

SIGNATURE

Printed/typed name: __Michael A. Farnan__
Title, if any: __Deputy Attorney General__

Address of Person signing: __Office of Attorney General, Litigation Section__
__15th Floor, Strawberry Square__
__Harrisburg, PA 17120__

Party you represent: __Daniel Fox, Ardell Zielinski, Mark Henning, Kermit L. Breon, Greg Maresca, Keith Tripp, Kandis Dascani, Jack Sommers, Michael Corbacio, Lee Grover, Frank Gillis, Robert Bitner__

FILED
SCRANTON
JUN 12 2000
PER ___
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS, | : | |
|           Plaintiff | : | |
| | : | No. 1:CV-00-0490 |
| v. | : | |
| | : | (JURY TRIAL DEMANDED) |
| C. O. DANIEL FOX, C. O. ARDELL | : | |
| ZIELINSKI, C. O. MARK HENNING, | : | |
| KERMIT L. BREON, GREG | : | |
| MARESCA, KEITH TRIPP, KANDIS | : | |
| DASCANI, JACK SOMMERS, | : | |
| MICHAEL CORBACIO, LEE GROVER, | : | |
| Superintendent FRANK GILLIS, | : | |
| ROBERT S. BITNER, | : | |
|           Defendants | : | |

## CERTIFICATE OF SERVICE

I, Michael A. Farnan, Senior Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on June 8, 2000, I served a true and correct copy of the foregoing Waiver of Service of Summons, by causing it to be deposited in the United States Mail, first-class postage prepaid to the following:

    Brady L. Davis, BX-3685
    SCI - Coal Township
    1 Kelley Drive
    Coal Township, PA  17866

                                                   _/s/ Michael A. Farnan_
                                                   MICHAEL A. FARNAN
                                                   Deputy Attorney General

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Davis
      Plaintiff
  V.                           CASE NUMBER: 1:00-cv-00490

Fox
      Defendant

TO:      (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Brady L. Davis
    SCI-COAL
    BX3685
    SCI Coal Township
    1 Kelley Drive
    Coal Township, PA   17866-1020

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
Deputy Clerk

DATE: May 19, 2000

RECEIVED
USMS, MIDDLE/PA
2000 MAY 31 PM 3 36

RETURN OF SERVICE - Case #1:00-cv-00490

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|☐| Served personally upon the defendant. Place where served: _____

|☐| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|☐| Returned unexecuted: _____
_____
_____

|☐| Other (specify): _____
_____
_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
             Date                          Signature of Server

                                           _____
                                           Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00490

Brady L. Davis
    plaintiff

       v.

Fox
    defendant
Zielinski
    defendant
Henning
    defendant
K. L. Breon
    defendant
Maresca
    defendant
Kandis K. Dascani
    defendant
Jack Sommers
    defendant
Michael Corbacio
    defendant
L. Grover
    defendant
Frank D. Gillis
    defendant
Robert S. Bitner
    defendant
K. Tripp
    defendant