JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS, | : | |
| Plaintiff | : | No. 1:CV-00-0490 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| FOX, et al., | : | (Jury Trial Demanded) |
| Defendants | : | |

FILED
AUG 2 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK

## DEFENDANTS' MOTION PURSUANT TO FED.R.CIV.P. 30(a) FOR LEAVE TO DEPOSE A PERSON CONFINED IN PRISON

Defendants Officer Fox, Officer Zielinski, Officer Henning, Hearing Examiner Breon, Hearing Examiner Maresca, K. Tripp, Kandis Dascani, Jack Sommers, Michael Corbacio, Unit Manager Grover, Superintendent Gillis, Chief Hearing Examiner Robert S. Bitner, through their attorneys, hereby respectfully move the Court, pursuant to Fed.R.Civ.P. 30(a), for leave to take the deposition upon oral examination of Brady L. Davis, the plaintiff, who is an inmate confined at the State Correctional Institution at Coal Township.

A brief in support of this motion is being filed simultaneously.

**WHEREFORE**, the Court should allow the defendants leave to take the oral deposition of the plaintiff.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

BY: /s/ Michael Farnan
MICHAEL A. FARNAN
Deputy Attorney General

SUSAN FORNEY
Chief Deputy Attorney General
Litigation Section

Office of Attorney General
15th Fl., Strawberry Square
Harrisburg, PA 17120
Direct: (717) 787-7369
Date: August 1, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY L. DAVIS,<br>　　　　Plaintiff | : | No. 1:CV-00-0490 |
| v. | : | (Judge Rambo) |
| FOX, et al.,<br>　　　　Defendants | : | (Jury Trial Demanded) |

### CERTIFICATE OF SERVICE

AND NOW, this 31st day of July, 2000, I, MICHAEL A. FARNAN, Deputy Attorney General, counsel for defendants in the above-captioned action, hereby certify that on this day I served the foregoing **Defendants' Motion Pursuant to Fed.R.Civ.P. 30(a) for Leave to Depose a Person Confined in Prison** by causing a copy of it to be deposited in the United States mail, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Brady L. Davis, BX-3685
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL A. FARNAN
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General

DATE: August 2, 2000