UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

BRADY L. DAVIS,

    Plaintiff

v.

FOX, et al.,

    Defendant

CIVIL NO. 1:CV-00-490

(Judge Rambo)

## ORDER

AND NOW, THIS 9 DAY OF AUGUST, 2000, upon consideration of Defendants' motion (Doc. No. 8) requesting leave of court to take the deposition of the inmate Plaintiff, IT IS HEREBY ORDERED THAT the motion is granted.[1] Defendants may take Plaintiff's deposition at a time and place subject to the approval of the warden or other appropriate official at his present place of incarceration.

SYLVIA H. RAMBO
United States District Judge

SR:dlb

---

1. Federal Rule of Civil Procedure 30(a) provides that a party must obtain leave of court prior to taking the deposition of a person confined in prison.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 9, 2000

Re:  1:00-cv-00490   Davis v. Fox

True and correct copies of the attached were mailed by the clerk
to the following:

    Brady L. Davis
    SCI-COAL
    BX3685
    SCI Coal Township
    1 Kelley Drive
    Coal Township, PA  17866-1020

    Michael A. Farnan, Esq.
    Office of Attorney General
    Strawberry Square
    15th Fl.
    Harrisburg, PA  17120

```
cc:
Judge                          (✓)
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )    PA Atty Gen ( )
                                         DA of County ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
```

                                                                         MARY E. D'ANDREA, Clerk

DATE: _____8/9/00_____     BY: _____[signature]_____
                                Deputy Clerk