RE: BRADY L. DAVIS, PRO.S.E. BX-3685
S.C.I. COALTOWNSHIP
1. Kelley Drive, COALTOWNSHIP
PA 17866-1021

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:

| | |
|---|---|
| Brady L. Davis, Plaintiff | CIVIL ACTION: |
| Vs. | CV-00-0490 |
| Correctional Officer Fox, et.al. | (Judge Rambo) |
| Defendant(s) | |

FILED
AUG 11 2000
PER _____
HARRISBURG, PA.  DEPUTY C[L]

**PLAINTIFF'S ANSWER TO THE DEFENDANTS REQUEST TO DEPOSE THE PLAINTIFF UNDER THE RULES OF CIVIL PROCEDURE:**

TO THE HONORABLE JUDGES OF THE ABOVE SAID COURT:

Now comes the Plaintiff, Brady L. Davis, before this Honorable Court and Judge Sylvia H. Rambo, who is the Judge in this matter before the Court.

On or about the date of August 1, 2000, The Defendants Attorney of Record sent to the Plaintiff his Request for Discovery and sent the Plaintiff a letter that stated that he would file before this Honorable Court a Motion to Depose the Plaintiff, under the Rules of Civil Procedure.

On or about the date of August 4, 2000, The Plaintiff sent his Request for Production of Documents and his Expert Interrogatries to be answered within thirty (30) Days under Rule 33 and Rule 34.

On this date of August 8, 2000, the Plaintiff has sent his First Set of Interrogatries to the Defendants of Record under the Rules of Civil Procedure.

The Plaintiff would like to request this Honorable Court **GRANT** the Defendants Request before this Court.

See the Attached Documents as to the Plaintiff's Request under the Rules of the Court and Procedure:

**WHEREFORE,** Plaintiff request that the Court issue an **Order** and **Grant** the Relief.

_____
BRADY L. DAVIS, PRO.SE.BX-3685 DATED: AUGUST 8, 2000

Brady L. Davis, Pro.se.Plaitiff,

I will file with the Court before the Honorable Judge Sylvia H. Rambo, to ORDER you to send them.

_____
BRADY L. DAVIS, PRO.SE.BX-3685

DATED: 8-8-2000

SERVICED PARTIES OF RECORD ATTORNEY

MR. MICHAEL A. FARNAN, Deputy Attorney General

OFFICE OF ATTORNEY GENERAL, LITIGATION SECTION

15th Floor, Strawberry Square

Harrisburg, Pa 17120

RE: BRADY L. DAVIS, BX-3685
S.C.I. COALTOWNSHIP
1. Kelley Drive, COALTOWNSHIP
PA 17866-1021

AUGUST 8 2000

Dear Mr. Michael A. Fanan

I'am today sending you my fist set of the Plaintiff's Interrogatories Addressed to each Defendant in the matter of Davis Vs. Fox, et.al. Civil Action number CV-00-0490, On or about the date of Aug 4, 2000, I sent you a copy of my Discovery Request, Plaintiff's Request for Production of Documents and the Plaintiff's Expert Interrogatries directed to the Defendants, by U.S. FIRST CLASS MAIL, I would like to request that you make an Acknowledgment of my Written Requests dated Aug 4, 2000, and also the Plaintiff's First set of Interrogatories, Mr. Farnan.

I would like to thank you for your time in the above said matters.

YOURS TRULY

*Brady Davis*
BRADY L. DAVIS, BX-3685
DATED: 8-8-2000

*Cal Camps Pro-Se CQ 8345*
CALVIN CAMPS, PRO.SE.CQ8345

RE: SENT DOCUMENTS TO ATTORNEY OF RECORD
MR. MICHAEL A. FARNAN, DEPUTY ATTORNEY GENERAL
LITIGATION SECTION, 15th Floor, Strawberry Square
HARRISBURG, PA 17120

RE: BRADY DAVIS,PRO.SE.BX-3685
   S.C.I. COALTOWNSHIP
   1. Kelley Drive, COALTOWNSHIP
   PA 17866-1021

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:

| | |
|---|---|
| Brady L. Davis, Plaintiff | CIVIL ACTION: |
| Vs. | CV-00-0490 |
| Correctional Officer Fox, et.al. | (Judge Rambo) |
| Defendant(s) | |

### CERTIFICATE OF SERVICE

I, Brady L. Davis, hereby certify that on this date of Aug 8, 2000 I caused to be serviced upon the persons listed in the above said case matter. Plaintiff's Documents:

**PLAINTIFF'S ANSWER TO THE DEFENDANTS REQUEST TO DEPOSE THE PLAINTIFF UNDER THE RULES OF CIVIL PROCEDURE:**

**SERVICED:**

MR. MICHAEL A. FARNAN, Deputy Attorney General
15th Floor, STRAWBERRY SQUARE
HARRISBURG, PA 17120

*Brady Davis*

BRADY L. DAVIS,PRO.SE.BX-3685
DATED: AUGUST 8, 2000

MR. MICHAEL A. FARNAN

RE: BRADY L. DAVIS, PRO.SE.BX-3685
S.C.I. COALTOWNSHIP
1. Kelley Drive, COALTOWNSHIP
PA 17866-1021

---

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT:

| | |
|---|---|
| Brady L. Davis, Plaintiff | CIVIL ACTION: |
| Vs. | CV-00-0490 |
| Correctional Officer Fox, et.al. | (Judge Rambo) |
| Defendant(s) | |

---

Dear Clerk of Court for the Middle District Court, I would like to request that you file my Documents with the Court in the matter of DAVIS Vs. FOX, et.al. Under the Civil case number of CV-00-0490.

If there is any problems with this request please feel free to write me back here at S.C.I. CoalTownship.

I would like to thank you for your time in the above said matters before the Court.

YOURS TRULY

_Rny (signature) BX-3685_
BRADY L. DAVIS, PRO.SE.BX-3685
DATED: AUGUST 8, 2000