JUDGE'S COPY          copy 13

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS,
    Plaintiff    :    No. 1:CV-00-0490

v.    :    (Judge Rambo)

FOX, et al.,    :    (Jury Trial Demanded)
    Defendants

FILED
HARRISBURG
OCT 1 1 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

### WITHDRAWAL/ENTRY OF APPEARANCE

Please withdraw my appearance on behalf of the Attorney General in the above matter.

BY: _____
MICHAEL A. FARNAN
Deputy Attorney General

Please enter my appearance on behalf of the Attorney General in the above matter.

BY: _____
LINDA LLOYD
Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
PHONE: (717) 785-7327
FAX: (717) 772-4526

DATE: October 11, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADY L. DAVIS,** | : | |
| Plaintiff | : | No. 1:CV-00-0490 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| | : | |
| FOX, et al., | : | (Jury Trial Demanded) |
| Defendants | : | |

### CERTIFICATE OF SERVICE

**AND NOW**, this October 11, 2000, I, Linda Lloyd, Deputy Attorney General, counsel for defendants in the above-captioned action, hereby certify that I this day served the foregoing Withdrawal/Entry of Appearance by causing a copy of the same to be deposited in the United States mail, postage prepaid, at Harrisburg, Pennsylvania, addressed to the following:

Brady L. Davis, BX-3685
SCI-Coal Township
1 Kelley Drive
Coal Township, PA 17866

_____
LINDA LLOYD
Deputy Attorney General