**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS | : |
| PLAINTIFF | : NO. 1;CV-00-0490 |
| | : |
| V. | : (JUDGE RAMBO) |
| | : |
| FOX, et al., | : (JURY TRIAL DEMANDED) |
| DEFENDANTS | : |

FILED
HARRISBURG, PA

MAR 29 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## MOTION TO DISMISS RESPONDENTS REQUEST FOR INTERROGATORIES

1. ON MARCH 22, 2001, PLAINTIFF RECEIVED A COPY OF THE DEFENDANTS ATTORNEY WHO REQUESTED THIS HONORABLE COURT TO COMPEL ME TO SUBMIT INTERROGATORIES.

2. PLAINTIFF RECEIVED AN ORDER FROM THIS HONORABLE COURT DATED MARCH 7, 2001, INFORMING HIM THAT HIS COMPLAINT WAS DISMISSED WITHOUT PREJUDICE.

3. BEING THAT HIS COMPLAINT IS DISMISSED IT WOULD BE MOOT, AND THERE SHOULD BE NO NEED TO FORWARD ANYMORE INFORMATION AT THIS TIME.

4. PLAINTIFF IS REQUESTING THIS HONORABLE COURT TO ALLOW HIM TO RESUBMIT HIS COMPLAINT AT A LATER DATE.

5. PLAINTIFF IS REQUESTING THIS HONORABLE COURT TO ALLOW HIM TO DROP ALL DEFENDANTS EXCEPT DR. KORT AND WILMA SEWELL.

6. PLAINTIFF IS REQUESTING THIS HONORABLE COURT TO INSTRUCT HIM IN THE MANNER THAT HE SHOULD PROCEED IN THIS MATTER.

WHEREFORE, THE COURT SHOULD DISMISS RESPONDENTS REQUEST.

RESPECTFULLY SUBMITTED,

BRADY L. DAVIS
BX-3685
SCI-COAL TOWNSHIP
1 KELLEY DRIVE
COAL TOWNSHIP, PA
17866-1021

DATED: *March 28*, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADY L. DAVIS : | |
|    PLAINTIFF : | NO. 1;CV-00-0490 |
| : | |
| V. : | (JUDGE RAMBO) |
| : | |
| FOX, et al., : | (JURY TRIAL DEMANDED) |
|    DEFENDANTS : | |

### CERTIFICATE OF SERVICE

AND NOW, THIS 27TH DAY OF MARCH, 2001, I, BRADY L. DAVIS, BX-3685, PRO-SE, IN THE ABOVE CAPTIONED ACTION, HEREBY CERTIFY THAT ON THIS DAY I SERVED THE FOREGOING MOTION TO DISMISS REQUEST FOR INTERROGATORIES BY CAUSING A COPY OF IT TO BE DEPOSITED IN THE UNITED STATES MAIL, POSTAGE PREPAID, AT SCI-COAL TOWNSHIP, COAL TOWNSHIP, PA, ADDRESSED TO THE FOLLOWING:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108

OFFICE OF ATTORNEY GENERAL
15TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA. 17120

RESPECTFULLY SUBMITTED,

*/s/ Brady Davis*
BRADY L. DAVIS