IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADY L. DAVIS,
    Plaintiff

v.

FOX, *et al.*,
    Defendants

CIVIL NO. 1:CV-00-0490

(Judge Rambo)

FILED
JAN 0 2 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

The plaintiff, a prisoner currently confined at the Coal Township Correctional Facility, Pennsylvania, filed this civil rights action under 42 U.S.C. § 1983 on March 13, 2000. The court previously granted plaintiff's request for *in forma pauperis* status. Defendant filed an answer to the complaint raising affirmative defenses on July 31, 2000.[1] More than 30 days have elapsed since the filing of defendant's answer and affirmative defenses and no dispositive motions have been filed.

Because the court is responsible for the orderly and expeditious management of cases and because we believe that this case should be brought to fruition without further delay, the court will allow the parties 30 days from the date of this order in which to file dispositive motions. If the parties fail to file such motions within the required time period, this case will be set for pretrial conference and trial.

---

1. On March 17, 2000 this court sent the parties a copy of its Standing Practice Order, advising the parties of their responsibilities under the Local Rules of Court for the Middle District of Pennsylvania.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties are allowed thirty (30) days from the date of this order in which to file any dispositive motions.

2. Failure of the parties to file such dispositive motions within the aforesaid time period will result in the matter being set for pretrial conference and trial.

                                                                                      /s/ Sylvia H. Rambo
                                                                                      SYLVIA H. RAMBO
                                                                                      United States District Judge

Dated: January 2, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:00-cv-00490   Davis v. Fox

True and correct copies of the attached were mailed by the clerk to the following:

Brady L. Davis BX3685
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020

Linda S. Lloyd, Esq.
Office of Attorney General
15th Floor Strawberry Square
Harrisburg, PA  17120

```
cc:
Judge                           (X )         (X ) Pro Se Law Clerk
Magistrate Judge                (  )         (  ) INS
U.S. Marshal                    (  )         (  ) Jury Clerk
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Other_____     (  )
```

MARY E. D'ANDREA, Clerk

DATE: January 2nd, 2002                         BY: _____
                                                    Deputy Clerk