Brady L. Davis
SCI-COAL
BX3685
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1020

Re: 1:00-cv-00490

---

---

Please file all pleadings directl[illegible]
the assigned Judge is located. D[illegible]
with the Judge's Chambers.

JUDICIAL OFFICERS:

[illegible]

---

Judge James F. McClure
Judge Malcolm Muir

FILED
HARRISBURG, P[illegible]
JAN 22 2002
MARY E. D'ANDREA, CLERK
Per ______ Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108
OFFICIAL BUSINESS

U.S. OFFICIAL MAIL U.S. POSTAGE $0.340
PENALTY FOR PRIVATE USE $300
METER 590023

HARRISBURG PA 01-02-02

RETURN TO SENDER
Inmate Unknown
No Inmate by this Spelling
Inmate Released
Enclosure Unauthorized
Correspondence Unauthorized

RTS RETURN TO SENDER
INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
OTHER

[redacted]