Brady L. Davis
SCI-COAL
BX3685
SCI Coal Township
1 Kelley Drive
Coal Township, PA  17866-1020


Re: 1:00-cv-00490

------------------------

------------------------

Please file all pleadings direct
the assigned Judge is located.  I
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Mannic
Magistrate Judge Thomas M. Blewitt

------------------------------------------

Judge James F. McClure
Judge Malcolm Muir